# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

————————————

No. 201800158

————————————

## UNITED STATES OF AMERICA
Appellee

v.

## LUKE E. NICHOLAS
Culinary Specialist Third Class (E-4), U.S. Navy
Appellant

————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Jason L. Jones, JAGC, USN.
Convening Authority: Commander, Navy Region Southeast, Naval Air
Station, Jacksonville, FL.
Staff Judge Advocate's Recommendation: Commander George W.
Lucier, JAGC, USN.
For Appellant: Captain Scott F. Hallauer, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

————————————

Decided 23 August 2018

————————————

Before HUTCHISON, TANG, and STINSON, *Appellate Military Judges*

————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

FOR THE COURT

RODGER A. DREW, JR.
Clerk of Court